UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:13-cr-00120-MCE |
| v. | ) | |
| | ) | |
| TRAVIS ONEAL WILSON | ) | |

**FILED**
APR 0 5 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      ( ) Ad Testificandum

Name of Detainee:    TRAVIS ONEAL WILSON
Detained at (custodian):    Rio Cosumnes Correctional Center
     12500 Bruceville Road
     Elk Grove, CA 95757

Detainee is:    a.)    (X) charged in this district by: (X) Indictment ( ) Information ( ) Complaint
                            charging detainee with: Distribution of Methamphetamine.
     or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ( ) return to the custody of detaining facility upon termination of proceedings
     or    b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **Forthwith BEFORE A UNITED STATES MAGISTRATE JUDGE** *in the Eastern District of California.*

Signature:    /s/ Jill Thomas for Daniel McConkie
Printed Name & Phone No:    DANIEL McCcONKIE (916) 554-2700
Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **Forthwith**, before A UNITED STATES MAGISTRATE JUDGE, in the Eastern District of California, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause.
Date:    April 5, 2013

                              _Dale A. D____
                              United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable):    _____            Male
Booking or CDC #:    X-3806902
Facility Address:    12500 Bruceville Road
                     Elk Grove, CA 95757
Facility Phone:    (530)257-2181
Currently Incarcerated For:    PC 1275; HS 11351-Possession for sale of controlled substances; HS 11352(A)- Transportation, sale, distribution of controlled substance; HS 11377(A) Possession of Narcotics and Specified Non-Narcotics

### RETURN OF SERVICE

Executed on _____      By: _____
                                      (Signature)