TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 885-8245

Attorney for Defendant
TRAVIS WILSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TRAVIS WILSON,<br><br>    Defendants. | CASE NO. 2:13-CR-00120 MCE<br><br>**STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; ORDER** |

   Defendant, TRAVIS WILSON, by and through his counsel of record, TONI CARBONE, and the GOVERNMENT hereby stipulate as follows:

   1.   By previous order, this matter was set for status on November 7, 2013.

   2.   By this stipulation, defendant now moves to continue the status conference until December 12, 2013, and to exclude time between November 7, 2013 and December 12, 2013 under Local Code T4.  The GOVERNMENT does not oppose this request.

   3.   The parties agree and stipulate, and request that the Court find the following:

      A.   The GOVERNMENT does not object to the continuance.

      B.   Discovery consisting of 268 pages has been provided to defense counsel and more discovery is being generated.

      C.   Defense counsel needs additional time to review the discovery provided, conduct investigation, have additional meetings with Mr. Wilson and continue

to discuss the case with AUSA Jill Thomas. In addition, time is needed for defense counsel to obtain information about Mr. Wilson's prior record and background. The Government and defense counsel are also actively working toward resolution. Defense counsel believes that additional time is needed to prepare and that she would not effectively be able to represent Mr. Wilson if not granted this additional preparation time.

4. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of November 7, 2013 to December 12, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

2

IT IS SO STIPULATED.

Dated:  November 4, 2013                     BENJAMIN B. WAGNER
                                             United States Attorney

                                        By:  /s/ Toni Carbone for
                                             JILL THOMAS
                                             Assistant U.S. Attorney

                                             For the United States

Dated: November 4, 2013                      By:/s/ Toni Carbone
                                             TONI CARBONE

                                             For the Defendant


**O R D E R**

IT IS SO ORDERED.

Dated:  November 6, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

3